IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:22-cr-00021 |
| ) | |
| **BRIAN SANTIAGO GONZALEZ,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated December 9, 2024, ECF No. 138, recommending that the Defendant's plea of guilty to Count Two of the Information, a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii) and Title 18, United States Code, Section 2, be accepted, and the Defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 138, is **ADOPTED;** it is further

**ORDERED** that Defendant Brian Santiago Gonzalez' plea of guilty as to Count Two of the Information is **ACCEPTED**, and that Brian Santiago Gonzalez is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **February 14, 2025;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **February 24, 2025;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **March 14, 2025;** it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than **March 31, 2025;** it is further

**ORDERED** that a sentencing hearing shall be held on **April 11, 2025, at 9:30 A.M. in STT Courtroom No. 1.**


**Dated:** December 30, 2024                     /s/ Robert A. Molloy
                                                 **ROBERT A. MOLLOY**
                                                 **Chief Judge**